IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR312 |
| v. | ) | |
| FURITA DRIVER, | ) | ORDER |
| Defendant. | ) | |

On May 15, 2008, the defendant appeared with counsel for a disposition hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 36). Defendant was present and represented by Jessica Douglas, Assistant Federal Public Defender. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. Defendant admitted the allegations contained in the Petition and the Court found the defendant to be in violation of the conditions of her supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months.

2. Upon completion of the defendant's incarceration, she will be placed on supervised release for a period of 54 months, under the same terms and conditions of release previously imposed on December 4, 2003.

DATED this 16th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court